# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Brandon Jones, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:14-cv-04130-RMG |
| American Credit Acceptance Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: January 20, 2016

                                          Respectfully submitted,

By _____
Brian J. Headley, Esquire
District of South Carolina Bar ID No. 11427
The Headley Law Firm
1156 Bowman Rd., Suite 200
Mount Pleasant, SC  29464
Telephone: (843) 375-6181
Facsimile: (843) 375-6185
bjheadley@yahoo.com
bheadley@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC

43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (888) 953-6237

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By   /s/ Brian J. Headley        
                                                  Brian J. Headley, Esq.