IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Brandon Jones, | ) | Civil Action No. 4:14-cv-4130-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| American Credit Acceptance Corporation; and Does 1-10, inclusive, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41, FRCP, Plaintiff Brandon Jones and Defendant American Credit Acceptance, LLC, improperly identified as American Credit Acceptance Corporation, hereby stipulate to the dismissal of this action with prejudice. Each party is responsible for its own costs.

[*signature page attached*]

        The Headley Law Firm

By:    /s/ Brian J. Headley
        Brian J. Headley, Attorney at Law
        District of South Carolina Bar ID No. 11427
        1156 Bowman Rd., Suite 200
        Mount Pleasant, SC 29464
        Telephone: (843) 375-6181
        Facsimile: (843) 375-6185
        bjheadley@yahoo.com
        bheadley@lemberglaw.com

*Attorney for Plaintiff*
Mount Pleasant, South Carolina


NELSON MULLINS RILEY & SCARBOROUGH LLP


By: /s/ Carmen Harper Thomas
    Carmen Harper Thomas
    Federal Bar No. 10170
    E-Mail: carmen.thomas@nelsonmullins.com
    B. Rush Smith III
    Federal Bar No. 5031
    E-mail: rush.smith@nelsonmullins.com
    Donna Ojetta Tillis
    Federal Bar No. 11983
    Email: donna.tillis@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

*Attorneys for American Credit Acceptance, LLC*
Columbia, South Carolina

January 22, 2016